

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: MIDLAND FUNDING LLC, | § | No. 08-16-00078-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |

# **O R D E R**

The Court has this day considered the Relator's motion for emergency stay and concludes the motion should be GRANTED. Therefore, the County Court at Law No. 5 is directed to stay all proceedings in cause number 2014-CCV-01226, styled *Miguel Marquez v. Midland Funding LLC* (originally styled *Midland Funding LLC v. Miguel Marquez*), pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 26th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.